# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

## MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS
## PURSUANT TO 28 U.S.C. § 1915

Felipe Mulero
_____
Plaintiff(s),

v.

Case No. 3:07CV1297PCD

Bridgeport Board of Education
_____
Defendant(s).

I request leave to commence this civil action without prepayment of fees, costs, or security therefor pursuant to 28 U.S.C. § 1915. In support of my request, I submit the attached financial affidavit and state that:

(1) I am unable to pay such fees, costs, or give security therefor.
(2) I am entitled to commence this action against the defendant(s).
(3) I request that the court direct the United States Marshal's Service to serve process.

_____
Original Signature

Felipe Mulero
_____
Name (print or type)

746 Prospect Street
_____
Street Address

Wethersfield, CT 06109
_____
City        State        Zip Code

(860) 986-0979
_____
Telephone Number

Rev. 10/3/05

1

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

## FINANCIAL AFFIDAVIT IN SUPPORT OF MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS PURSUANT TO 28 U.S.C. § 1915

_Felipe Mulero_,
Plaintiff(s),

v.

_Bridgeport Dept. of Education_
Defendant(s).

Case No. _____

I declare that:

(1) I am unable to pay such fees, costs, or give security therefor.

(2) I am entitled to commence this action against the defendant(s).

I further state that the responses I have made to the questions below relating to my ability to pay the cost of prosecuting this action and other matters are true.

**MARITAL STATUS**
Single _✓_  Married ____  Separated ____  Divorced ____
If separated or divorced, are you paying any support or any form of maintenance?
Yes ____  No ____
Dependents: Wife ____  Children # ____  Others # ____
and relationship ____
Please provide the names and ages of your children. If a child is a minor, please identify the child by initials only.
Name _____  Age ____
Name _____  Age ____
Name _____  Age ____

**RESIDENCE**
Street Address: _746 Prospect Street_
City: _Wethersfield_  State: _Conn._
Zip Code: _06109_  Telephone: _(860) 986-0979_

Rev.10/3/05

2

## EDUCATION
Please circle the highest level of formal education you have received:
Grammar School  K 1 2 3 4 5 6 7 8     High School  9 10 11 12
College   1 2 3 4     Post-Graduate   1 2 3 (4)

## EMPLOYMENT
If <u>employed</u> at present, complete the following:
Name of employer: _____
Address of employer: _____
How long employed by present employer: _____
Income:   Monthly _____ Weekly _____

If <u>self-employed</u> state weekly wages: _____
What is the nature of your employment? _____

If <u>unemployed</u> at present, complete the following:
I have been unemployed since the ____ day of _____, 19____
The name of my last employer: _____
Address: _____
Telephone #: (___) _____
The last salary or wages received: _____

If <u>spouse</u> is employed, please complete the following:
Name of employer: _____
How long employed: _____
Income:   Monthly _____ Weekly _____
What is the nature of spouse's employment? _____

If on <u>welfare</u> or receiving <u>unemployment benefits</u> complete the following:
I have been on welfare or receiving unemployment benefits since: _____
I am receiving $_____ monthly _____ weekly _____
for myself and family of _____.

If receiving <u>social security</u>, <u>disability</u> or <u>workers' compensation</u> benefits complete the following:
I have been receiving social security, disability or workers' compensation benefits since: _____
I am receiving $_____ monthly _____ weekly _____

## FINANCIAL STATUS
Owner of real property? Yes ✓  No ____
If yes, description: 746 Prospect Street Single Home
Address: 746 Prospect Street Wethersfield, CT 06109
In whose name? Felipe Mulero
Estimated value: ? Do NOT KNOW
Amount owed: 17,000

Rev. 10/3/05

3

Owed to: _Small Business Administration_
Total: _13,746_ Monthly payment _78_

Owed to: _New Britain General Hospiton_
Total: _1,378_ Monthly payment _35_
Annual income from property: _0_

Other property:
Automobile: Make _Nissan_ Model _300Z_ Year _1989_
Registered owner(s) name(s): _NOT RUNNING / NOT REGISTERED_
Present value of automobile: _$200_
Owed to: _0_
Amount owed: _0_

Cash or Securities on hand:
Cash in banks and savings and loan associations: _1500.00_
Names and addresses of banks and associations: _TD BANK NORTH BROAD STREET HARTFORD, CONN. 06106_

Stocks or bonds owned:
Indicate current value and name of company and number of shares of stock or identify bonds: _____

## OBLIGATIONS:

Monthly rental on house or apartment:           $ _3,000_  TAXES EVERY 6 mo.
Monthly mortgage payment on house:              $
Gas bill per month:                             $ _200_
Electric bill per month:                        $ _100_
Phone bill per month:                           $ _50_
Car payments per month:                         $
Car insurance payments per month:               $ _60_
Other types of insurance payments per month     $
Monthly payments to retail merchants:           $
  Please list: _____                           $
  Please list: _____                           $
Monthly payments on any other outstanding loans or debts:
  Please list: _SMALL BUSINESS LOAN_            $ _113_
  Please list: _New Britain General Hosp_      $ _78_
                                                $ _35_
Any money owed to doctors, hospitals, lawyers
  Please list: _New Britain General_            $ _1,378_
  Please list: _Jerome Stein / Ambulance_      $ _3,000 / 500_
Monthly payment for maintenance or child support
under separation or dissolution agreement:      $
Estimated monthly expenditure on food:          $ _200_

Rev. 10/3/05

4

Estimated monthly expenditure on clothing:    $ _100_

Total amount of monthly obligations:    $ _1,293_

Other information pertinent to financial status: (Include stocks, bonds, savings bonds, interests in trusts either owned or jointly owned):    NOT APPLICABLE

_____
_____
_____

## PREVIOUS LITIGATION:

If you have ever filed a case in this district, provide the following information for each case you have filed. If you need additional space, please continue on a separate sheet.

| | Case Number | Case Caption | Disposition of Case |
|---|---|---|---|
| 1. | 3:07CV1134(JCH) | Felipe Mulero v. State of CT Dept of Ed. | Current |
| 2. | (CFD) | Felipe Mulero v. Cne Consolidate School District of New Britain | Current |
| 3. | | | |
| 4. | | | |
| 5. | | | |

Date: _8/3/07_

_____
Original Signature of Affiant

## DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Date: _8/3/07_

_____
Original Signature of Affiant